UNITED STATES of AMERICA 5TH CIRCUIT AUSTIN DIVISION COURT

FILED
2025 MAR -7 PM 4:58
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Julian Reyes
   Plaintiff

v.

Case no. 1:25CV00347 ADA

CITY OF AUSTIN, INC,
AUSTIN POLICE DEPARTMENT,
OFFICERS SPEES, PITRE,
PIORONNE, ET AL, OTHER
PARTIES TO BE LISTED
ALL DEFENDANTS
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES,
RESPECTIVELY
   Defendants

## Civil Rights Complaint

1. Plaintiff: Pro Se, Julian Reyes 10900 Research Blvd Ste 160C Box 147 Austin, Texas 78759 mailbox.

2. Defendants being: CITY OF AUSTIN, INC., AUSTIN POLICE DEPARTMENT, AND THE FOLLOWING CITY OF AUSTIN PUBLIC SERVICE EMPLOYEES: OFFICERS SPEES, PITRE, PIORONNE, ET. AL. More to be named later after proper discovery and release by the City of Austin of the officers' names and all responsible parties. All defendants individually and in their official capacities. Address to City of Austin Law Department is at

301 E 2nd Street, Austin, Texas 78701. Austin Police Department is at 715 E. 8th Street, Austin, Texas 78701.

These are proper addresses to the best of my knowledge at this time.

3. This incident and complaint happened in Austin, Texas, which this Court has jurisdiction over. As the 5th Circuit encompasses all of Texas, Louisiana and Mississippi, federally, under jurisdiction of law. This complaint brings up critical Constitutional issues, that are novel and important. Therefore I request the Western District Court of the U.S.A. in Austin, to try my Civil Complaint in court involving 1st, 4th, 14th, 8th Constitutional Amendments both in the State of Texas and similar Constitutional Rights amendments of the Unites States of America, all as deprivation of those rights violates section U.S.C. 42 1983. As well as section 1985 Conspiracy of Parties. As multiple agents of Municipal and Corporate government did conspire to deprive me of my rights. They were all involved in this crime against myself and essentially the rights afforded to all the Citizens and of their Free Press.

4. In this latest civil complaint, on or about March 10th 2023, in the City of Austin, Travis County, Texas, U.S.A.. Under this Court's functional and legal jurisdiction, Officers Spees, Pitre, Pironne, and others did conspire together and with others to deprive me of my rights.

For several years now I have been an artist and musician in Austin, Texas. I have performed many times in Austin, and often I protest the killings by Austin police of unarmed people and our dogs. Since the City repeatedly tries to hide this information from the public through various means, media, web, information requests, and by arresting people speaking about police abuse, police killings, dog killings by police, and targeting members of the Press for arrests when they are in the process of recording video or protesting Austin police and their public interactions.

So you see, I had been speaking to people around the City of Austin's downtown area and other areas thorough my music and voice to give voice to the unheard and the voiceless victims of police use of lethal force in Austin for some time.

On this date I had played some music and listed several people that had been shot and killed by Austin police, specifically Landon Nobles, Larry Eugene, Kevin Brown, Daniel Rocha, Pickle, Raj Moonshing, Aquantis Givens, and others, while playing electric guitar. I also mentioned puppycides by Austin Police including my beloved Shiner Bock, Cisco and others. I was informing the public of the news, through artistic music format, while filming also. I also had 2 other people with me filming and documenting. At some point I was about to pack up and transition to only filming police interactions with the general public for the rest of the night with my film crew. I informed them as such and was winding down my rock set.

When an officer, Pioronne, I believe, came up and said I would have to stop playing music and speaking or I would be ticketed.  I said ok, I'll take a ticket.  And then ofc. Pioronne said that he would go get his ticket book and return to ticket me if I was still playing and speaking.  I told him to go ahead, and expedite it.  He left to go get backup to arrest, not ticket me, pre textually making up probable cause in advance.

I then unplugged and powered off my equipment, began packing things up and unplugging all sound and power adapter cables. The main amp was off, there was no amplified music when the officers (SPEES, PITRE, PIORONNE, ET AL) arrived and they played the game that I was refusing to comply. I informed them that I was unplugged and packing up, not playing or singing about anything.  And then Spees said that I refused to comply and misusing the APD General Orders, APD Police Policy, he then did lie, and conspire with the other officers to crate a false arrest and declare that I failed to comply with a "City noise ordinance and General Orders to comply" and that the ticket was now an arrest for Free Speech and Freedom of the Press.  The officers arrested me, accosted others that were filming, continued to harass and threaten people that were filming the incident and arrest. And furthermore I was arrested for a class C Misdemeanor crime of noise, a non-arrest able offense. The officers had to lie and some committed perjuries on the affidavits of arrest in order to silence and chill our filming, music and freedoms

of speech, etc. They conspired and perjured to falsely arrest a compliant person exercising his God-given rights to Rock in Austin!

The case was dismissed quite a while later. I was pro se defendant in that case. Dismissed in Municipal Court by Municipal Prosecutors in the interest of Justice.

I have filed many police complaints, and I believe on this case as well, with the APD and City of Austin's Office of Police Oversight. To date, I have been unable to determine the result, if any, and the City will not communicate this issue with me.

Therefore I pray that the Court accepts my Civil Suit under 42 U.S.C. 1983 and 1985.

Filming, Music, and expressive Speech are not crimes in a Democracy like ours. The officers listed arrested me and harassed me for what I do to inform the Public as an artist and member of the Free Press. They violated the Privacy Protection Act of 1980 when they seized me with my camera equipment. You can beat the rap, but you can't beat the ride....in other words the police can retaliate when they want to if you are playing music, speaking or filming them even if you are the press, even if it's illegal what they are doing, it's how the police can retaliate and you still lose your rights and are deprived and injured and

traumatized. To deprive you and prevent you and others from being informed about police murders, puppycide, realizing their rights, freedoms and protections of law. Over and over again. Until there are no rights remaining for us. Erosion of freedom is real. Justice is needed on this case a novel case with important constitutional questions and implications to our freedoms and rights in this Country. See Turner v Driver Glick v Cunliffe, Buehler v City of Austin, etc,

The officers at APD all have to comply with Austin Police Department's Policy. The Policy says they must "know and comply" with the law, statutes, ordinances and the Constitutions of the State of Texas and the United States of America.

See APD Police Policy https://www.austintexas.gov/sites/default/files/files/General%20Orders.pdf

PAGE 558

900.1.1 RESPONSIBILITY TO KNOW AND COMPLY

The rules of conduct set forth in this order do not serve as an all-inclusive list of requirements, limitations, or prohibitions on employee conduct and activities; employees are required to know and comply with all Department policies, procedures, and written directives.

(a) Employees will maintain a working knowledge and comply with the laws, ordinances, statutes, regulations, and APD written directives which pertain to their assigned duties.

(b) Employees who do not understand their assigned duties or responsibilities will read the relevant directives and guidelines, and will consult their immediate supervisor for clarification and explanation.

(c) A lack of knowledge of an APD written directive is not a defense to disciplinary action.

Page 13

100.3   CONSTITUTIONAL REQUIREMENTS

All employees shall observe and comply with every person's clearly established rights under the United States and Texas Constitutions.

Under current City Policy the City has removed the officers' discretion to arrest people in retaliation for class c, non-violent, fine-only offenses.

Clearly established law like the rights to film, to personal freedom, property rights, due process, freely travel, freely associate, free speech, political beliefs, freely assemble, and to film the police in public.

A non-violent person is not supposed to be arrested for a class c misdemeanor in Austin, according to City Council's directives to APD. See: https://www.ilrc.org/sites/default/files/resources/2019.08_ilrc_freedom_city_policies-final.pdf

Not to mention there is an ongoing pattern and practice of bias and targeting against people of color and the indigenous, like myself. And people like me should not be cruelly, repeatedly targeted by police and punished for showing and stating this information or opinions.

Discovery of evidence is required. This is also the second time I've been arrested or ticketed by APD for free speech in retaliation for my musical expression.

I believe that I have filed a complaint with the Police Oversight Office previously. Nothing was done. I have no access to their files, they consider it "APD protected personnel records." I hope to attain more information form discovery about their failures to hold the police accountable and transparent to the public. As is their charge and oath.

All while holding this misdemeanor case, without merits, over my head for around 2 years. Increasing the stress and burdens on my freedom, happiness, and my pursuit of life.

5. Julian Reyes, a pro se plaintiff, and am seeking full damages in the amount of $500,000 U.S.A. dollars for all losses, of lost time, stolen freedoms and rights, and for the Constitutional and other violations specified below and in other later amendments to this complaint, as more information becomes available and through discovery of evidence to come. And censure, punishments and charges for the responsible parties. And injunctions to protect Citizens' rights whether unhoused on the streets of Austin or members of the Press to protect us from future targeting, stalking, retaliation, false arrest, deprivation of rights, harassment, threats by the Austin Police Department, City of Austin, inc., and their agents, acting alone or in groups, most especially those involved in filming police interactions in public or defending their established domiciles from theft under color of law by 'The State.' Reyes is also seeking reformative justice, remedy, and mediation on the issues of training, injustice, patterns and practice of police abuses that led up to this egregious incident by Austin Police Department, the City of Austin and the defendants. To again protect our expression of music, free speech and free Press in this Country, bolster and defend our rights under law and force of law.

In fact I was arrested about prior for exercising my rights and filming. And for advocating for real housing solutions instead of cruel and unusual punishment by APD prior to this arrest. I was previously arrested for a class c, fine only, misdemeanor this Sunday October 24th, 2021, for my free speech on a public sidewalk. And this is one of over a dozen or so arrests by Austin Police agents, acting together, to deprive me of my rights to free speech and free press, transparency of government, accountability of police, and due process rights. My cameras have been seized and the Austin Police Officer, Detective Stitler and Municipal Court Judge Meyerson are tougher still refusing to give me back my primary work equipment and evidence to defend myself in court, even though it has been about 2 months since the unlawful seizure of these items. I cannot do the work of the free press here in Austin without my work tools. There has been a clear pattern of deprivation of rights in a similar manner in this case.

This deprivation and punishment also gives me more PTSD and causes me inability to work, including a long criminal history for my free speech which is also a barrier. I believe that he federal civil courts are the venue for seeking justice and protections of law for all people in this matter. And is ongoing, causing me harm and loss of not only rights and freedoms but pursuit of happiness. This long

history of multiple APD/City of Austin retaliatory arrests and cases are very time consumptive, stressful and makes it hard to keep them active and straight. They get mixed up often by me and others. It's hard to have this many retaliative cases against me and still live and there are too many cases. An ongoing pattern and practice of deprivations and abuse by the Austin Police Department and the City of Austin with their agents enforcing laws in a retaliatory and unlawful manner.

That is why I filed this complaint in this case, as no other means of accountability of justice worked. This court has the responsibility for justice and access to law in this case. And also this Court has the jurisdiction in this case.

There are unresolved complicated but very important inalienable constitutional issues and basic rights at risk in this case, including but not limited to first amendment rights of free speech and free press, transparency of government, accountability of public servants and a right to a redress of grievances should we have our rights deprived by public servants. Freedom to Speech, Expression, Music and recording police, without retaliation or targeting for doing so.

Who can film whom without fear? Should the people also be without fear to film the police. Or should the people be in fear of the police for filming and free speech like I am now? It is a one-way relationship with the government and it's agents empowered with these inalienable rights and not the the same for the people? Who

serves whom, with regard to filming and free speech? That is the basic question as I see it now.

These defendants and others are working as confederates together in conspiracy of parties against our rights.

All of these public servants swore an Oath to defend the people and Constitutional law of the U.S.A. and yet are those Oaths being fulfilled fully in this incident? We must review and scrutinize this issue to truly have freedom, rights and justice for all in the U.S.A. for the people that the law is meant to serve, the citizen, the indigent, the regular Joes of America, like myself.

Current case law is in jeopardy as these are our fundamental rights at risk in this case. Well-established personal, property and speech protected rights have been taken including freedom to travel freely, freedom of assembly, free speech, freedom of the press, protection from unlawful arrest, search and seizure, protection from police retaliation, abuse, cruel and unusual punishment, due process of law, conspiracy of parties and 42 U.S.C. section 1983 originally called the Klu Klux Klan Act which was the Congress' law to curb deprivation of Rights for people in the U.S.A. created post Civil War, Civil Rights era of United States of American history. These rights are not only fundamental, they protect our persons, property, abilities, and our very lives are at risk because of this type of arrests and retaliation by the City, the Police and their co-conspirators, working together.

See Turner v Driver, Glick v Cunliffe

I am just a layman and pro se, without legal counsel trying to do my best to get this civil rights complaint filed in time and as accurately as I am able.

In the interests of Justice and in the interests of the Court to process and progress this case to it's due justice and equitable access to Justice and resolution of these issues of law that impact many citizens' inalienable rights, transparency of government, accountability and justice for all, including indigent pro se litigants like me.

If a hearing would be necessary, I pray for that opportunity to show and state my case as to why I cannot keep up with this case as if I had the abilities and access of legal advice or counsel. **Oral Argument Requested.** No rights waived, all rights reserved.

Jury Demand
I pray the Court allow a Trial by Jury on this case, as it progresses.

SIGNED this _____7th__ day of __March____, 2025____.

Respectfully submitted,

__/S/ Julian Reyes____, pro se_____

Signature Pro Se


Mr. Julian Reyes
512 785-1749
10900 Research Blvd
Suite 160c Box 147
Austin, Texas, U.S.A. 78759

justicenowpeople@protonmail.com